```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 07762
    AUSTIN L MATLOCK
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3017

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/30/2007 and was confirmed 07/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
HOUSEHOLD FINANCE CORP    CURRENT MORTG          .00            .00            .00
HOUSEHOLD FINANCE CORP    MORTGAGE ARRE      2520.00            .00         202.17
ILLINOIS DEPT OF REVENUE  PRIORITY           2118.74            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY           2615.38            .00            .00
GE MONEY BANK             UNSECURED          7035.89            .00            .00
NICOR GAS                 UNSECURED           553.81            .00            .00
AMERICAN GENERAL FINANCI  SECURED            1000.00            .00         200.00
ALLIANCE ONE              UNSECURED        NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00            .00
SAMS CLUB                 UNSECURED        NOT FILED            .00            .00
DIRECT TV                 UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          5069.45            .00            .00
JARED JEWELRY             UNSECURED              .00            .00            .00
LAKE CO SUPERIOR COURT D  UNSECURED        NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00            .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     42125.43            .00        3379.65
WASHINGTON MUTUAL BANK    NOTICE ONLY      NOT FILED            .00            .00
STERLING INC              SECURED NOT I     8465.26            .00            .00
BETTY D MATLOCK           NOTICE ONLY      NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED            .00            .00
RONALD B LORSCH           REIMBURSEMENT      225.00            .00         225.00
INTERNAL REVENUE SERVICE  UNSECURED         1287.08            .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          140.60            .00            .00
RONALD B LORSCH           DEBTOR ATTY      3,000.00                        3,000.00
TOM VAUGHN                TRUSTEE                                            505.18
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 07762 AUSTIN L MATLOCK
```

```
TRUSTEE                                    7,512.00

PRIORITY                                                        225.00
SECURED                                                       3,781.82
UNSECURED                                                          .00
ADMINISTRATIVE                                                3,000.00
TRUSTEE COMPENSATION                                            505.18
DEBTOR REFUND                                                      .00
                                      ---------------    ---------------
TOTALS                                     7,512.00           7,512.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 07/22/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 07762 AUSTIN L MATLOCK